# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 14-5305**  September Term, 2015

1:10-cv-00541-ABJ

Filed On: April 11, 2016 [1607971]

Mingo Logan Coal Company,

    Appellant

  v.

Environmental Protection Agency,

    Appellee

**BEFORE:** Circuit Judges Henderson*, Kavanaugh, and Srinivasan

### COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on April 11, 2016 at 10:25 a.m. The cause was heard as case No. 2 of 3 and argued before the Court by:

  Paul D. Clement, counsel for Appellant.

  Matthew Littleton (DOJ), counsel for Appellee.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Shana E. Thurman
Deputy Clerk